

**The Dow Chemical Company**
2301 N. Brazosport Blvd.
Freeport, Texas 77541-3257

*August 3, 2005*

*Frank Richardson*                    *Employee Number: 140216*

**VERBAL WARNING**

The purpose of this verbal warning is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories. An agreement between the Company and the Union extended the 2004 requirements deadline to June 30, 2005. You have not met this requirement.

**EXPECTATIONS:**

1. You must have completed 4 skill levels by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

This verbal warning notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This verbal warning letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

_____                    _8/3/05_____
*Dirk Aheimer*                                *Date*


**My Leader has reviewed this with me and I understand the requirements and expectations.**


_____                    _____
*Frank Richardson*                            *Date*

PERSONAL

63



The Dow Chemical Company
2301 N. Brazosport Blvd.
Freeport, Texas 77541-3257

*August 3, 2005*

### David A. Shepard                    *Employee Number: 367439*

**SUSPENSION and WRITTEN LETTER**

The purpose of this suspension and written letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories. An agreement between the Company and the Union extended the 2004 requirements deadline to June 30, 2005. You have not met this requirement.

**EXPECTATIONS:**

1. You must have completed 4 skill levels by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

I evaluated the nature and extent of your action and various other factors and determined your discipline should be suspension without pay for 1 day. Because of this 1 day suspension, you will lose your Performance Award for 2005. The suspension day will be August 10, 2005.

This suspension and written letter notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This suspension and written letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

_____                    *8/3/05*
Dirk Aheimer                                          Date

~~My~~ Leader has reviewed this with me and I understand the requirements and expectations.

_____                    *8-3-05*
David A. Shepard                                    Date

*2/25/05*

*Robert D. Mickle, Jr.*
Employee Number: *U138177*

**WRITTEN LETTER**

The purpose of this written letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

This written letter notifies you of a serious performance deficiency. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment.

_____        2/25/05
D. W. Rizzo                                        \<Date\>

**My Leader has reviewed this with me.**

_____        2/25/05
R.D. Mickle, Jr.                                       \<Date\>

DOW RESTRICTED - For internal use only

February 2, 2006

Rodger D. Cole
Employee Number: U090984

### WRITTEN LETTER

The purpose of this written letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year or to attempt to reach this requirement until the employee has achieved the required level in all the Skill Categories. You have not met this requirement.

### EXPECTATIONS:

1   You must reach or make an attempt to reach the requirements agreed to in the collective bargaining agreement. Further disciplinary action may result if the above expectation is not met by December 31, 2006. Also, as defined in the collective bargaining agreement, Article XVII, Seniority, Section 11 – Filling Vacancies or New Jobs, 4th bullet, page 30; "After June 1, 2006, employees must meet minimum Foundational Skills category profile as described in the Skills initiative, Article XXXIV to post on any job."

This written letter notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This written letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

_____          _____
Oron Atkins                                                          Date

**My Leader has reviewed this with me and I understand the requirements and expectations.**

_____          _____
Rodger D. Cole                                                     Date

DOW RESTRICTED - For internal use only

January 31, 2005

Mark A. Calcote
Employee Number: *089336*

**WRITTEN LETTER**

The purpose of this written letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 -- Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

**EXPECTATIONS:**

1. You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Further disciplinary action may result if the above expectation is not met.

2. You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

This written letter notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This written letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

Jeffrey L. Jarrell
*Sr. Production Leader*
*Energy*

2/3/2005
*(date)*

**My Leader has reviewed this with me and I understand the requirements and expectations.**

Mark A. Calcote

2-3-05
*(date)*

67

*2/3/05*

*Tim Grigsby*
Employee Number: *U098813*

The purpose of this letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills and set forth an action plan to achieve success. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

**EXPECTATIONS:**

1. You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Disciplinary action may result if the above expectation is not met.

2. You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Disciplinary action may result if the above expectation is not met.

To complete these expectations, you and I have set forth the following action plan with deadlines.

1. Re-train on the Observation category and reassess on 2/18/05.
2. If unsuccessful on profiling out of the Observation category, I will seek counseling and/or tutoring to assist me with the successful completion of this category and retrain and reassess by 3/31/05.
   a. Additional problems with completion will prompt a meeting with my supervisor.
3. After successful completion of the Observation category, I will be awarded the Learning Recognition Award (LRA) for the category as specified by the contract and will immediately move into the Applied Technology category. I will take the training course, and at a minimum, successfully complete the post test for the level above my original assessment by 6/30/05.
4. I will continue training and reassessing in the Applied Technology category until I have successfully completed it prior to the end of 2005.

_____          2-3-05
D.W. Rizzo                                              *<Date>*

**My Leader has reviewed this with me and I understand the requirements and expectations.**

_____          2/3/05
Tim Grigsby                                            *<Date>*

68

DOW RESTRICTED - For internal use only

*2/3/05*

*Bob Ed Johnson*
Employee Number: *U143802*

The purpose of this letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills and set forth an action plan to achieve success. An employee is expected to move up at least 2 skill levels per year *until the employee has achieved the required level in all the Skill Categories.* Although you had only one skill level remaining and you successfully passed the post test, you are expected to successfully achieve Level 6 during a reassessment on the Observation category of Foundational Skills 2 by June 30, 2005. Disciplinary action may result if the above expectation is not met.

To complete this expectation, you and I have set forth the following action plan with deadlines.

1. Take the post test on Level 6 again and then reassess if successful by 2/28/05.
2. If unsuccessful, re-train on the Observation category and reassess by 3/31/05.
3. If unsuccessful at this time on profiling out of the Observation category, I will seek counseling and/or tutoring to assist me with the successful completion of this category and retrain and reassess by 4/30/05.
   a. Additional problems with completion will prompt a meeting with my supervisor.

_____          2-3-05
D.W. Rizzo                        <Date>

**My Leader has reviewed this with me and I understand the requirements and expectations.**

_____          2-3-05
Bob Ed Johnson                    <Date>

DOW RESTRICTED - For internal use only

69



**The Dow Chemical Company**
2301 N. Brazosport Blvd.
Freeport, Texas 77541-3257

*February 3, 2005*

Ben Smith
Employee Number: U142690

## SUSPENSION and WRITTEN LETTER

The purpose of this suspension and written letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

## EXPECTATIONS:

1. You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Further disciplinary action may result if the above expectation is not met.

2. You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

I evaluated the nature and extent of your action and various other factors and determined your discipline should be suspension without pay for 1 day. Because of this 1 day suspension, you will lose your Performance Award for 2005. The suspension will start on February 4, 2005 and end on February 5, 2005. You will return back to work on your regular schedule on February 9, 2005.

This suspension and written letter notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This suspension and written letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

_____         ___2/3/05___
Dawn Brubaker                                         Date

**My Leader has reviewed this with me and I understand the requirements and expectations.**

_____         ___2-3-05___
Ben Smith                                               Date



*Feb 1st*
~~January~~ 21, 2005

The Dow Chemical Company
2301 N. Brazosport Blvd.
Freeport, Texas 77541-3257

David Hancock
Employee Number: U094343

## LETTER OF EXPECTATIONS

The purpose of this letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

## EXPECTATIONS:

1. *You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Disciplinary action may result if the above expectation is not met.*

2. *You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Disciplinary action may result if the above expectation is not met.*

_____        2/1/05
Dawn Brubaker                           Date

**My Leader has reviewed this with me and I understand the requirements and expectations.**

_____        2/1/05
David Hancock                           Date



The Dow Chemical Company
2301 N. Brazosport Blvd.
Freeport, Texas 77541-3257

Feb 1
January 31, 2005

Holly Hollingsworth
Employee Number: U140346

**VERBAL WARNING**

The purpose of this verbal warning is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

**EXPECTATIONS:**

1. You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Further disciplinary action may result if the above expectation is not met.

2. You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

This verbal warning notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This verbal warning letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

_____          ___2|1|05____
Dawn Brubaker                                         Date

**My Leader has reviewed this with me and I understand the requirements and expectations.**

_____          ___2-/-05____
Holly Hollingsworth                                   Date

DOW RESTRICTED - For internal use only

72

January 31, 2005

Donald W. Cranfill
Employee Number: *139048*

## LETTER OF EXPECTATIONS

The purpose of this letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills.  An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

## EXPECTATIONS:

1.  *You must have completed 2 skill levels by June 30, 2005.  Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005.  Disciplinary action may result if the above expectation is not met.*

2.  *You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005.  Disciplinary action may result if the above expectation is not met.*


_____          _2/1/2005_____
*Jeffrey L. Jarrell*                                            *(date)*
*Sr. Production Leader*
*Energy*

**My Leader has reviewed this with me and I understand the requirements and expectations.**

_____          _2-1-5_____
*Donald W. Cranfill*                                       *(date)*

73

January 31, 2005

*Ronald A. Montgomery*
Employee Number: 141842

## VERBAL WARNING

The purpose of this verbal warning is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

## EXPECTATIONS:

1. You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005, the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Further disciplinary action may result if the above expectation is not met.

2. You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

This verbal warning notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This verbal warning letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

_____     2/1/2005
Jeffrey E. Jarrell                                 (date)
Sr. Production Leader
Energy

**My Leader has reviewed this with me and I understand the requirements and expectations.**

_____     2-1-05
Ronald A. Montgomery                         (date)

'74

January 31, 2005

The Dow Chemical Company
2301 N. Brazosport Blvd.
Freeport, Texas 77541-3257

John Macias
Employee Number: U372560

**WRITTEN LETTER**

The purpose of this written letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

**EXPECTATIONS:**

1.  You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Further disciplinary action may result if the above expectation is not met.

2.  You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

This written letter notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This written letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

_Dawn Brubaker_ _____    2/1/05 _____
Dawn Brubaker                                                    Date


**My Leader has reviewed this with me and I understand the requirements and expectations.**

_____    2/1/05 _____
John Macias                                                    Date

DOW RESTRICTED - For internal use only

75



The Dow Chemical Company
2301 N. Brazosport Blvd.
Freeport, Texas 77541-3257

February 1, 2005

Otto Morse
Employee Number:  U137524

**VERBAL WARNING**

The purpose of this verbal warning is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills.  An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

This verbal warning notifies you of a serious performance deficiency.  Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment.

_____          _____
Alfredo Kowalski                                             *February 1, 2005*

**My Leader has reviewed this with me and I understand the requirements and expectations.**

_____          _____
Otto Morse                                                   *February 1, 2005*

DOW RESTRICTED - For internal use only

76

*February 1, 2005*

*Gary Owens*
Employee Number: *U142708*

## WRITTEN LETTER

The purpose of this written letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

### EXPECTATIONS:

1. You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Further disciplinary action may result if the above expectation is not met.

2. You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

This written letter notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This written letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

_____                    _____
*Rick Caines*                                         *February 1, 2005*

My Leader has reviewed this with me and I understand the requirements and expectations.

_____                    _____
*Gary Owen*                                            *February 1, 2005*

DOW RESTRICTED - For internal use only

77

Feb-09-2005  07:32am    From-Dow Chemical A7001                    9792380478          T-249  P 001    F-419
Feb-09-2005  04:00pm    From-Dow Chemical A7001                    9792380478          T-939  P.001/008  F-406

*February 1, 2005*

*Jim Weaver*
Employee Number: U239092

## WRITTEN LETTER

The purpose of this written letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 — Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

### EXPECTATIONS:

1. You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Further disciplinary action may result if the above expectation is not met.

2. You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

This written letter notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This written letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

*238-5563*

*Rick Caines*

*2/1/05*
*February 1, 2005*

**My Leader has reviewed this with me and I understand the requirements and expectations.**

*Jim Weaver*                          *February 1, 2005*

DOW RESTRICTED - For internal use only

*78*

*1/27/2005*

*Jeff Duke*
Employee Number: *142711*

**VERBAL WARNING**

The purpose of this verbal warning is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

**EXPECTATIONS:**

1. You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Further disciplinary action may result if the above expectation is not met.

2. You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

This verbal warning notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This verbal warning letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

| _____ | _____ |
|---|---|
| *<Leader's Name>* | *<Date>* |

**My Leader has reviewed this with me and I understand the requirements and expectations.**

| _____ | _____ |
|---|---|
| *<Employee's Name>* | *<Date>* |

January 31, 2005

Alec D. Anderson
Employee Number: *144619*

## LETTER OF EXPECTATIONS

The purpose of this letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

## EXPECTATIONS:

1. *You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Disciplinary action may result if the above expectation is not met.*

2. *You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Disciplinary action may result if the above expectation is not met.*

_____        1/31/2005
Jeffrey L. Jarrell                              (date)
Sr. Production Leader
Energy

**My Leader has reviewed this with me and I understand the requirements and expectations.**

_____        1-36-2005
Alec D. Anderson                              (date)

86

Feb-09-2005 08:38am From-DOW CHEMIC 3401                9792380965              T-564 P.002/002 F-199



January 27th, 2004                                         The Dow Chemical Company
                                                           100 In Revolution Blvd
                                                           Freeport, Texas 77541

Malcolm Means
Employee Number: U098459


**VERBAL WARNING**

The purpose of this verbal warning is to address your failure to meet the Skills Initiative annual
requirement, described in Article XXXIV, under "Intent of this Article" and Section I – Site
Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the
employee has achieved the required level in all the Skill Categories.

**EXPECTATIONS:**

1.  You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the
    data must reflect completion of 2 skill levels between the dates of July 2003 through June
    2005. Further disciplinary action may result if the above expectation is not met.

2.  You must also complete the 2 skill levels required for 2005 by December 31, 2005.
    Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between
    the dates of July 2003 through December 2005. Further disciplinary action may result if the
    above expectation is not met.

This verbal warning notifies you of a serious performance deficiency. We expect you to modify
your behavior immediately to comply fully with the skills initiative requirements described
above. Any future policy or rule violations or workplace misconduct will lead to further
discipline, up to and including termination of your employment. This verbal warning letter will
be kept in your personnel file for three years from the date of issuance of the letter. If you have a
further incident during that three-year timeframe, it will remain in your file for three years from
the date of the last disciplinary action.


_<Leader's Name>_                          _1/26/05_
                                             _<Date>_


**My Leader has reviewed this with me and I understand the requirements and expectations.**


_<Employee's Name>_                        _1-27-05_
                                             _<Date>_


DOW RESTRICTED - For internal use only


87

1/21/05

*Tim Punch*
Employee Number: *U094339*

**WRITTEN LETTER**

The purpose of this written letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section ¯ — Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

**EXPECTATIONS:**

1.  You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Further disciplinary action may result if the above expectation is not met.

2.  You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

This written letter notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This written letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

*Brad Fedorchak*                                    1/27/05

**My Leader has reviewed this with me and I understand the requirements and expectations.**

*Tim Punch*                                    1/27/05

89



The Dow Chemical Company
2301 N. Brazosport Blvd.
Freeport, Texas 77541-3257

*January 27, 2005*

Bobby Scott
Employee Number: U142660

## SUSPENSION and WRITTEN LETTER

The purpose of this suspension and written letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

## EXPECTATIONS:

1. You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Further disciplinary action may result if the above expectation is not met.

2. You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

I evaluated the nature and extent of your action and various other factors and determined your discipline should be suspension without pay for 1 day. Because of this 1 day suspension, you will lose your Performance Award for 2005. The suspension will start on January 28 and end on January 29, you will return back to work on your regular schedule February 2.

This suspension and written letter notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This suspension and written letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

_Dawn Brubaker_        1/27/05
Dawn Brubaker            *Date*

**My Leader has reviewed this with me and I understand the requirements and expectations.**

_Bobby E. Scott_        1-27-2005
Bobby Scott            *Date*

DOW RESTRICTED - For internal use only

90

*1/21/05*

*Marty Martinez*
Employee Number: *U139148*


## SUSPENSION and WRITTEN LETTER

The purpose of this suspension and written letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

## EXPECTATIONS:

1. You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Further disciplinary action may result if the above expectation is not met.

2. You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

I evaluated the nature and extent of your action and various other factors and determined your discipline should be suspension without pay for *4* days. Because of this *4* day suspension, you will lose your Performance Award for 2005. The suspension will start on *1/28/05* and end on *1/31/05*, you will return back to work on *2/1/05*.

This suspension and written letter notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This suspension and written letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

_____          __1/26/05__
*Brad Fedorchak*                              *1/26/05*


**My Leader has reviewed this with me and I understand the requirements and expectations.**

_____          _____
*Marty Martinez*                              *1/26/05*
*Do not agree*

DOW RESTRICTED - For internal use only

91

*1/21/05*

*Norman Tucker*
Employee Number: *U089548*

**WRITTEN LETTER**

The purpose of this written letter is to address your failure to meet the Skills Initiative annual requirement, described in Article XXXIV, under "Intent of this Article" and Section 1 – Site Foundational Skills. An employee is expected to move up at least 2 skill levels per year until the employee has achieved the required level in all the Skill Categories.

**EXPECTATIONS:**

1. You must have completed 2 skill levels by June 30, 2005. Specifically by June 30, 2005 the data must reflect completion of 2 skill levels between the dates of July 2003 through June 2005. Further disciplinary action may result if the above expectation is not met.

2. You must also complete the 2 skill levels required for 2005 by December 31, 2005. Specifically by December 31, 2005 the data must reflect completion of 4 skill levels between the dates of July 2003 through December 2005. Further disciplinary action may result if the above expectation is not met.

This written letter notifies you of a serious performance deficiency. We expect you to modify your behavior immediately to comply fully with the skills initiative requirements described above. Any future policy or rule violations or workplace misconduct will lead to further discipline, up to and including termination of your employment. This written letter will be kept in your personnel file for three years from the date of issuance of the letter. If you have a further incident during that three-year timeframe, it will remain in your file for three years from the date of the last disciplinary action.

_____              _____
Brad Fedorchak                        1/26/05


My Leader has reviewed this with me and I understand the requirements and expectations.


_____              _____
Norman Tucker                         1/26/05

**92**

DOW RESTRICTED - For internal use only