IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROY MAYNOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-0504 |
| | § | |
| THE DOW CHEMICAL COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties filed an agreed motion for continuance of the deadlines for the joint pretrial order and the docket call hearing. (Docket Entry No. 202). The motion is granted. The joint pretrial order must be filed by November 13, 2009. The docket call is reset to **November 18, 2009, at 4:00 p.m.**

SIGNED on September 29, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge