IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| Roy Manor, et al., § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. 3:07-cv-00504 | |
| § | (Jury) | |
| The Dow Chemical Company, § | | |
| Defendant. § | COLLECTIVE ACTION | |

CLASS PLAINTIFF CORNELL PORTER'S NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE

1. Class Plaintiff, Cornell Porter, designates Darius R. Porter as attorney in charge, in accordance with Rule 11.1, Local Rules Tex. (S.D.) (2009).

2. Darius R. Porter is a member in good standing with the State Bar of Texas and is admitted to practice before this court.

3. Darius R. Porter's federal bar number is 924424, and his office address, telephone number, fax number, and e-mail address are as follows: 2301 Caroline Street, Houston, Texas 77004, 713.589.4050, 866.889.2555 (facsimile), drplegal@gmail.com.

4. Darius R. Porter will be responsible for the lawsuit and will be the attorney to receive all communications from the court and from other parties.

Respectfully submitted,

By: *s/ Darius R. Porter*
Darius R. Porter
State Bar Number: 24048742
Federal Number: 924424
2301 Caroline Street
Houston, Texas  77004
Tel. 713.589.4050
Fax. 866.889.2555

ATTORNEY IN CHARGE FOR
CLASS PLAINTIFF, CORNELL PORTER

CERTIFICATE OF SERVICE

    I certify that a copy of Class Plaintiff's Notice of Designation of Attorney in Charge was electronically filed on December 14, 2009 on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorneys in charge for plaintiffs and defendant, Roy Manor, et al. and The Dow Chemical Company, respectively:

Mark Siurek
3334 Richmond Ave, Suite 100
Houston, Texas 77098-3023
713.522.0066
713.522.9977 (facsimile)
msiurek@warrensiurek.com

ATTORNEY IN CHARGE FOR PLAINTIFFS


John Harper, III
1000 Louisiana St., Suite 4200
Houston, Texas 77002-5006
713.890.5197
713.890.5001 (facsimile)
jharper@morganlewis.com

ATTORNEY IN CHARGE FOR DEFENDANT


                                            *s/ Darius R. Porter*
                                            Darius R. Porter