IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROY MAYNOR, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. G-07-0504 |
| THE DOW CHEMICAL COMPANY, | § § § | |
| Defendant. | § § | |

## AMENDED ORDER

The order referring this case for a settlement conference before Magistrate Judge Mary Milloy is amended. This case is referred to Magistrate Judge Stephen Smith for a settlement conference on **February 17, 2010**. The exact time will be set by Judge Smith.

SIGNED on February 3, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge