IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROY MAYNOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-0504 |
| | § | |
| THE DOW CHEMICAL COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The defendants have asked that their deadline for responding to Nugent's motion for Reinstatement or Front Pay, (Docket Entry No. 264), and both plaintiffs' motion for Entry of Judgment, (Docket Entry No. 265), be extended to May 21, 2010. The plaintiffs are not opposed. The request is granted. Both responses are due by May 21, 2010.

SIGNED on April 30, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge